**SEALED**

PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Jul 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>BUTLER, ET AL,<br><br>           Defendants. | CASE NO. 1:24-cr-00179-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 18, 2024 charging the above defendant with violations of 18 U.S.C. § 1704 – Possession of Counterfeit Postal Keys; 18 U.S.C. § 1704 – Possession of Postal Service Locks; 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or has been given bail on these offenses; and further order that until such time as the defendants are in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

issuance and execution of the warrants.

Dated: July 18, 2024                    Respectfully submitted,

PHILLIP A, TALBERT
United States Attorney

By     /s/ Chan Hee Chu
CHAN HEE CHU
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 18, 2024

ERICA P. GROSJEAN
U.S. Magistrate Judge