UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    v.<br><br>SEAN PRESTON BUTLER, AND<br>STEPHANIE MARIE HAND,<br><br>                 Defendants. | CASE NO. 1:24-CR-00179-JLT-SKO<br><br>**UNSEALING ORDER** |

     Good cause due to the defendants' pending Initial Appearances on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **July 22, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE
JUDGE