HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL SBN #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00179-JLT-SKO |
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| SEAN PRESTON BUTLER, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Sean Butler shall be released from the Lerdo Pretrial Facility on Tuesday, August 13, 2024 at 8:00 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe and immediate transport to WestCare, the Fresno County Jail will release Mr. Butler to Kevin Mitchel from the Federal Defender's Office, for immediate and direct transport to WestCare.

IT IS SO ORDERED.

Dated:   **August 9, 2024**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE