HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-179-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| SEAN PRESTON BUTLER, | Date:   December 18, 2024<br>Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Sean Preston Butler, that the status conference currently scheduled for September 18, 2024, at 1:00 p.m. may be continued to December 18, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery. Mr. Butler is currently participating in a 90-day inpatient treatment program at Westcare, which he began on August 13, 2024.  His access to communication is limited while he is in the program.  Defense Counsel requests a continuance until after he has finished the Westcare program, in order to allow Mr. Butler time for effective preparation of his case and to facilitate negotiation between the parties.  In light of the above, the parties are requesting that the matter be continued for a further status conference. The requested

continuance will conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to December 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 11, 2024        */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2024        */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                SEAN PRESTON BUTLER

# **O R D E R**

**IT IS SO ORDERED.** The time period to December 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for September 18, 2024, at 1:00 p.m. is hereby continued to December 18, 2024, at 1:00 p.m.

Date: 9/11/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge