PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN PRESTON BUTLER,<br><br>Defendant. | Case No. 1:24-CR-00179-JLT-SKO<br><br>JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: December 18, 2024<br>TIME:  1:00 PM<br>COURT: Hon. Sheila K. Oberto |

**JOINT STATUS REPORT**

Defendant Sean Preston Butler ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for December 18, 2024 be continued to January 29, 2025.

After making his initial appearance on the indictment, Defendant was ordered released subject to pre-trial conditions.  [ECF #8, 17].  The United States has provided initial discovery to defense counsel.

Defense counsel requires additional time to review discovery and consult with her client.  The parties have also begun plea negotiations and are hopeful of a resolution by the continued date of the Status Conference.  If that were to occur, the parties will seek vacatur of the Status Conference in lieu of a change of plea hearing.  Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period December 18, 2024, to January 29, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on December 18, 2024, at 1:00 p.m., may be continued to January 29, 2025, at 1:00p.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  December 11, 2024          */s/ Chan Hee Chu*
                                  CHAN HEE CHU
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2024           */s/ Laura Myers.*
                                  LAURA MYERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SEAN PRESTON BUTLER

**O R D E R**

The status currently scheduled for December 18, 2024, at 1:00 p.m. is hereby continued to January 29, 2025, at 1:00 p.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 18, 2024, to January 29, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **December 12, 2024**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE