MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN PRESTON BUTLER and STEPHANIE MARIE HAND,<br><br>Defendants. | Case No. 1:24-CR-00179-JLT-SKO<br><br>AMENDED JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: January 29, 2025<br>TIME: 1:00 PM<br>COURT: Hon. Sheila K. Oberto |

## AMENDED JOINT STATUS REPORT

Defendants Sean Preston Butler and Stephanie Marie Hand ("Defendants") and the United States of America ("United States") stipulate and request that the Status Conferences currently scheduled for January 29, 2025 be continued to March 19, 2025.

After making their initial appearances on the indictment, Defendants were ordered released subject to pre-trial conditions. The United States has provided initial discovery to defense counsel for both Defendants.

The parties require additional time to finalize plea negotiations. Although the parties have made significant progress in negotiations and expect to finalize agreements in the near future, additional time is necessary. Once the plea agreements are finalized, the parties will file joint stipulations requesting vacatur of the Status Conferences for the setting of change of pleas.

1

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

1  Defense counsel for both Defendants also require additional time to review discovery and
2 consult with their clients.  Defense counsel believes that failure to grant the above-requested
3 continuance would deny them the reasonable time necessary for effective preparation, taking into
4 account the exercise of due diligence.
5  Based on the above, the parties agree that the ends of justice served by continuing the case as
6 requested outweigh the interest of the public and the defendant in a trial within the original date
7 prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under
8 the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period
9 January 29, 2025, to March 19, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A)
10 and (B)(iv).

12 ///

15 ///

18 ///

21 ///

24 ///

27 ///

2

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendants, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conferences currently scheduled on January 29, 2025, at 1:00 p.m., may be continued to March 19, 2025, at 1:00p.m.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 22, 2025                           */s/ Chan Hee Chu*
                                                 CHAN HEE CHU
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2025                           */s/ Laura Myers.*
                                                 LAURA MYERS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 SEAN PRESTON BUTLER


Date: January 22, 2025                           */s/ Roger Humberto Ponce, Jr.*
                                                 ROGER HUMBERTO PONCE, Jr.
                                                 Attorney for Defendant
                                                 STEPHANIE MARIE HAND

3

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

**O R D E R**

Pursuant to the Minute Order (Doc. 42) issued on January 13, 2025, counsel were "directed to meet and confer and select a mutually agreeable trial date to be discussed at the next hearing date. The stipulation further stated that the parties "may stipulate: (1) to the trial date, or (2) to set the matter for a change of plea hearing before District Judge Thurston, with an appropriate exclusion of time," and that "any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that a Plea Agreement has been filed." (*Original emphasis.*)

The parties have neither selected a trial date nor filed a signed plea agreement. The parties' stipulation for a continuance of the status conference is DENIED. The Court will discuss the parties' request at the January 29, 2025, status conference.

IT IS SO ORDERED.

Dated: **January 22, 2025**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

4

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO