ROGER H. PONCE
PONCE LAW CORP
1424 17th Street
Bakersfield, California 93301
Telephone: (661) 888-2003

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>SEAN PRESTON BUTLER and STEPHANIE MARIE HAND,<br><br>           Defendants. | Case No. 1:24-CR-00179-JLT-SKO<br><br>JOINT REQUEST FOR RECONSIDERATION OF STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET TRIAL DATE<br><br>DATE: January 29, 2025<br>TIME:  1:00 PM<br>COURT: Hon. Sheila K. Oberto |

**TO THE HONORABLE COURT:**

The United States of America, through its counsel Assistant United States Attorney Chan Hee Chu, and Defendants Sean Preston Butler and Stephanie Marie Hand, through their respective counsel of record, Assistant Federal Defender Laura Myers and Roger H. Ponce, respectfully submit this joint request for the Court to reconsider its denial of the stipulation to continue the January 29, 2025, status conference.

## I.    BACKGROUND

On January 13, 2025, the Court directed the parties to meet and confer to select a mutually agreeable trial date or stipulate to set a change of plea hearing with the filing of a plea agreement. On January 22, 2025, the Court denied the parties' joint stipulation to continue the January 29, 2025, status conference, noting that neither a trial date nor a signed plea agreement had been filed.

1

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

The parties have since agreed to propose **Tuesday, September 3, 2025, at 8:30 a.m.** as the trial date. This date accommodates the availability of all parties and addresses the Court's directive to provide a trial date while plea negotiations remain active.

## II.    REQUEST FOR RECONSIDERATION

Defense counsel for Defendant Stephanie Marie Hand is currently engaged in trial proceedings in *People v. Key* (**BF123456A**), a murder case being heard in the Kern County Superior Court before the Honorable Charles R. Brehmer. Judge Brehmer has requested that this Court be informed of counsel's current involvement in this trial and due to the ongoing trial, to request for reconsideration to minimize disruption to the jury and trial.

Given the circumstances, the parties respectfully request that the Court reconsider its prior denial of the stipulation and grant a continuance of the January 29, 2025 to March 19, 2025. This continuance will allow:

1. Compliance with the Court's directive to provide a trial date, with the agreed-upon date of **Tuesday, September 3, 2025, at 8:30 a.m.**

2. Defense counsel for both Defendants adequate time to finalize plea negotiations with the Government, which remain active and are anticipated to resolve this case prior to trial.

3. Defense counsel for Defendant Hand the ability to meet obligations in the ongoing murder trial without undue prejudice to either Defendant or the proceedings in this matter.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period January 29, 2025, to September 3, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

///

///

///

///

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendants, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conferences currently scheduled on January 29, 2025, at 1:00 p.m., may be set for March 19, 2025, at 1 p.m., and a trial date set for September 3, 2025, at 8:30 a.m.


Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 24, 2025          */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff



Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2025          */s/ Laura Myers.*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SEAN PRESTON BUTLER


Date: January 24, 2025          */s/ Roger Humberto Ponce, Jr.*
ROGER HUMBERTO PONCE, Jr.
Attorney for Defendant
STEPHANIE MARIE HAND

3

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **O R D E R**

     **IT IS SO ORDERED.**  The status conferences currently scheduled for January 29, 2025, at 1:00 p.m. are hereby continued to March 19, 2025, at 1:00 p.m., and a trial date set for September 3, 2025, at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2025, to September 3, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 1/28/2025

*Sheila K. Oberto*

Hon. Sheila K. Oberto
United States Magistrate Judge

4

U.S. v. Butler et al.
Case No. 1:24-CR-00179-JLT-SKO