HEATHER E. WILLIAMS
Federal Defender
LAURA MYERS
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN PRESTON BUTLER,<br><br>Defendant. | Case No.  1:24-cr-00179-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Sean Preston Butler, that Mr. Butler's conditions of release be modified to eliminate the home-detention condition and replace it with a curfew condition restricting Mr. Butler to his residence for specific hours as determined by the Pretrial Services officer.  (Dkt. #18 at 2, condition (o)).

Mr. Butler was arraigned on an indictment on July 22, 2024.  (Dkt. #15).  On July 24, a magistrate judge ordered that he be released to the WestCare Inpatient Treatment Program upon a bed becoming available.  (Dkt. #17).  The magistrate judge ordered that, upon completion of the Westcare Program, Mr. Butler be subject to electronic monitoring and home detention.  (Dkt. #18 at 2, condition (o)).  Mr. Butler was released to WestCare on August 13, 2024.  (Dkt. #28).

1  He completed the program in November and returned home subject to the home-detention
2  condition. Since that time, he has been in regular contact with the Pretrial officer and has
3  complied with his release conditions. The Pretrial officer does not object to the modification of
4  Condition (o).

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Dated:  January 30, 2025        */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2025          */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                SEAN PRESTON BUTLER

**O R D E R**

The request to modify the condition of release is denied without prejudice. The parties offer no justification for removal of the condition which was deemed appropriate at his detention hearing, other than the short passage of time following his release from Westcare.

IT IS SO ORDERED.

Dated: __**January 30, 2025**__         /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE