HEATHER E. WILLIAMS
Federal Defender
LAURA MYERS
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN PRESTON BUTLER,<br><br>    Defendant. | Case No. 1:24-cr-00179-JLT-SKO<br><br>**RENEWED STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Sean Preston Butler, that Mr. Butler's conditions of release be modified to eliminate the home-detention condition and replace it with a curfew condition restricting Mr. Butler to his residence for specific hours as determined by the Pretrial Services officer.  (Dkt. #18 at 2, condition (o)).[1]

    Mr. Butler was arraigned on an indictment on July 22, 2024.  (Dkt. #15).  On July 24, this Court ordered that he be released to the WestCare Inpatient Treatment Program upon a bed

---

[1] The parties initially filed this stipulation on January 30, 2025.  The duty magistrate judge denied the stipulation without prejudice, explaining that the parties had not offered sufficient justification. (Dkt. #49).  The parties now renew the stipulation with additional explanation of why the parties believe the modification is warranted.

becoming available. (Dkt. #17). This court ordered that, upon completion of the WestCare Program, Mr. Butler be subject to electronic monitoring and home detention. (Dkt. #18 at 2, condition (o)). Mr. Butler was released to WestCare on August 13, 2024. (Dkt. #28). He completed the program in November and returned home subject to the home-detention condition. Since that time, he has been in regular contact with the Pretrial officer and has complied with his release conditions, including participating in all counseling sessions and providing samples for drug testing as directed. The parties believe that, due to his strong record of compliance since his release in August, the home-detention condition has become more restrictive than necessary to reasonably assure Mr. Butler's appearance and the safety of the community. *See* 18 U.S.C. § 3142(c)(1)(B). Moreover, the proposed modification will facilitate Mr. Butler's ability to seek and maintain employment, as required in Condition (n), as it would eliminate the need for Mr. Butler to seek pre-approval to attend a job interview and to have the potential employer sign a written verification of his whereabouts.

    The Pretrial officer does not object to the modification of Condition (o).

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Dated: February 3, 2025          */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 3, 2025          */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SEAN PRESTON BUTLER

# **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Sean Preston Butler [Dkt. # 17] to eliminate the home detention condition. The Court hereby modifies condition (o) to state that Mr. Butler shall be subject to a curfew as determined by the Pretrial Services officer. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 3, 2025**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE