1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   LAURA MYERS, IL Bar #6338417
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    SEAN PRESTON BUTLER

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:24-cr-179-JLT-SKO

12              Plaintiff,               **STIPULATION AND ORDER TO VACATE
                                         STATUS CONFERENCE; VACATE TRIAL
13  vs.                                  DATE; AND SET FOR CHANGE-OF-PLEA
                                         HEARING**
14  SEAN PRESTON BUTLER and
    STEPHANIE MARIE HAND,                Date:  April 28, 2025
15                                       Time:  9:00 a.m.
                Defendants.              Judge: Hon. Jennifer L. Thurston
16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, Assistant Federal

19  Defender Laura Myers, counsel for Sean Preston Butler, and Roger H. Ponce, counsel for

20  Stephanie Marie Hand, that the Court may vacate the status conference currently scheduled for

21  March 19, 2025, at 1:00 p.m., vacate the trial date set for September 3, 2025, at 8:30 a.m., and

22  set a change-of-plea hearing on April 28, 2025, at 9:00 a.m.

23          The parties agree and request that the Court make the following findings:

24          1.      By previous order, this matter was set for a status conference on March 19, 2025,

25  at 1:00 p.m, and for a trial on September 3, 2025, at 8:30 a.m.

26          2.      Mr. Butler intends to enter a change of plea. A signed plea agreement has been

27  filed on the docket at ECF #52.

28  //

3.     Ms. Hand intends to enter a change of plea.  A signed plea agreement has been filed on the docket at ECF #54.

3.     The parties therefore request that the Court vacate the March 19, 2025 status conference and the September 3, 2025 trial and set a change-of-plea hearing on April 28, 2025, at 9:00 a.m.

4.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of March 19, 2025, to April 28, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: March 12, 2025                /s/ Chan Hee Chu
                                    CHAN HEE CHU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender


Date: March 12, 2025                /s/ Laura Myers
                                    LAURA MYERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SEAN PRESTON BUTLER


Date: March 12, 2025                /s/ Roger H. Ponce
                                    ROGER H. PONCE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STEPHANIE MARIE HAND

1

**O R D E R**

2

3        **IT IS SO ORDERED.** The status conference currently scheduled for March 19, 2025, at

4    1:00 p.m. is vacated. The trial currently scheduled for September 3, 2025, is vacated.  A change-

5    of-plea hearing is hereby set for April 28, 2025, at 9:00 a.m. before the Honorable Jennifer L.

6    Thurston. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

7    *seq.*, within which trial must commence, the time period of March 19, 2025, to April 28, 2025,

8    inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

9

10    Date: 3/12/2025                              *Sheila K. Oberto*
                                                   Hon. Sheila K. Oberto
11                                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28