HEATHER E. WILLIAMS
Federal Defender
LAURA MYERS
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SEAN PRESTON BUTLER,<br>Defendant. | Case No. 1:24-cr-00179-JLT-SKO-1<br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Sean Preston Butler, that Mr. Butler's conditions of release be modified to allow him to be away from his home from 10:00 a.m. to 5:00 p.m. on July 17, 2025. Pretrial Services is not opposed to the one-time modification of the conditions of release.

Mr. Butler was arraigned on an indictment on July 22, 2024. (Dkt. #15). On July 24, a magistrate judge ordered that he be released to the WestCare Inpatient Treatment Program upon a bed becoming available. (Dkt. #17). The court ordered that, upon completion of the WestCare Program, Mr. Butler be subject to electronic monitoring and home detention. (Dkt. #18 at 2). Mr. Butler was released to WestCare on August 13, 2024. (Dkt. #28). He completed the

program in November and returned home subject to the home-detention condition.

On February 3, 2025, the home-detention condition was modified to a curfew as determined by Pretrial Services. (Dkt. #51). Mr. Butler was placed on a curfew of 8:00 p.m. to 8:00 a.m. and fully adhered with his curfew requirements.

On March 28, 2025, Pretrial Services received confirmation from the national laboratory that a urine sample Mr. Butler had submitted on March 14 was positive for D-Methamphetamine. That day, after reporting to the Pretrial Services office as directed, Mr. Butler admitted to having smoked methamphetamine before the March 14 test and two to three more times afterward.

Prior to the positive drug test submitted on March 14, he had been in compliance with all other release conditions in the seven months he had been on pretrial release. This includes taking steps to clear up four outstanding failures to appear for traffic-related matters, participating in two one-hour individual substance abuse counseling sessions per month, and reporting for drug testing two times per month.

Given his overall compliance and his desire to remain drug free, the parties and the Pretrial Officer agreed that Mr. Butler should be given a second opportunity to participate in the WestCare Residential Program. On April 8, a magistrate judge ordered that Mr. Butler participate in the WestCare program and, upon completion, be subject to location monitoring and home detention. (Dkt. #58).

Prior to his entry into Westcare in April, Mr. Butler and his co-defendant and partner, Stephanie Hand, were living with his mother in Bakersfield. While he was at Westcare, Ms. Hand and her children moved to another residence in Bakersfield. Mr. Butler has now successfully completed the residential program and has been set up with location monitoring at the new residence.

Mr. Butler and his family still have numerous heavy items at his mother's house, which they had planned to move to the new residence once he was available to help with the lifting. The parties agree that a brief modification to the terms of his pretrial release is appropriate to allow him to assist his family with moving the remaining items.

Specifically, the parties seek an order allowing him to be away from his residence on July 17, 2025, from 10:00 a.m. to 5:00 p.m., for the purpose of transporting items from his mother's house to his new residence.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Dated: July 14, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 14, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SEAN PRESTON BUTLER

**ORDER**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Sean Preston Butler [Dkt. #18, as modified by Dkt. #51 and Dkt. #58] as follows:

1. The home detention condition is modified to allow you to be away from your home on July 17, 2025, between 10:00 a.m. and 5:00 p.m., for the purpose of moving items from your old residence to your new residence. The home detention condition will resume in full force at 5:00 p.m. on July 17, 2025.

2. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 14, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE