| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-179-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| SEAN PRESTON BUTLER and STEPHANIE MARIE HAND, | Date:   September 8, 2025 Time:   9:00 a.m. |
| Defendants. | Judge: Hon. Jennifer Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Sean Preston Butler, and Roger Ponce, counsel for Stephanie Hand, that the sentencing hearings currently scheduled for August 18, 2025, at 9:00 a.m. may be continued to September 8, 2025, at 9:00 a.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Butler and Ms. Hand entered guilty pleas in this matter on April 28, 2025.  ECF Nos. 59, 60. Sentencing was scheduled for August 18, 2025.  On July 28, 2025, the probation officer filed the final presentence investigation report.  ECF Nos. 66, 67.  Counsel for Mr. Butler was on duty from July 28 through August 4, and did not have an opportunity to review the final presentence investigation report with her client prior to the August 4, 2025, deadline for objections.  The parties agree that a short continuance is appropriate to ensure counsel is able to review the

presentence investigation report with Mr. Butler thoroughly prior to the filling of objections.

As the parties have already entered guilty pleas, there is no need to exclude time under the Speedy Trial Act.

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

Date: August 4, 2025   */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 4, 2025   */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SEAN PRESTON BUTLER

Date: August 4, 2025   */s/ Roger Ponce*
ROGER PONCE
Assistant Federal Defender
Attorney for Defendant
STEPHANIE MARIE HAND

# **O R D E R**

**IT IS SO ORDERED**. The sentencing hearings currently scheduled for August 18, 2025, at 9:00 a.m. are hereby continued to September 8, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 5, 2025**

_____
UNITED STATES DISTRICT JUDGE