HEATHER E. WILLIAMS
Federal Defender
LAURA MYERS
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SEAN PRESTON BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SEAN PRESTON BUTLER,<br><br>             Defendant. | Case No.  1:24-cr-00179-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Sean Preston Butler, that Mr. Butler's conditions of release be modified to allow him to be away from his home on specified Saturday afternoons for the purpose of attending his stepson's middle-school football games.  Pretrial Services is not opposed to the proposed modification of the conditions of release.

Mr. Butler was arraigned on an indictment on July 22, 2024.  (Dkt. #15).  He entered a guilty plea on April 28, 2025.  (Dkt. #59).  On September 8, 2025, he was sentenced to a term of imprisonment and ordered to self-surrender on November 3, 2025.  (Dkt. #80).

On July 24, 2024, a magistrate judge ordered that he be released to the WestCare Inpatient Treatment Program upon a bed becoming available.  (Dkt. #17).  The court ordered

1    that, upon completion of the WestCare Program, Mr. Butler be subject to electronic monitoring
2    and home detention.  (Dkt. #18 at 2).  Mr. Butler was released to WestCare on August 13, 2024.
3    (Dkt. #28).  He completed the program in November and returned home subject to the home-
4    detention condition.

5         On February 3, 2025, the home-detention condition was modified to a curfew as
6    determined by Pretrial Services.  (Dkt. #51).  Mr. Butler was placed on a curfew of 8:00 p.m. to
7    8:00 a.m. and fully adhered with his curfew requirements.

8         On March 28, 2025, Pretrial Services received confirmation from the national laboratory
9    that a urine sample Mr. Butler had submitted on March 14 was positive for D-Methamphetamine.
10   That day, after reporting to the Pretrial Services office as directed, Mr. Butler admitted to having
11   smoked methamphetamine before the March 14 test and two to three more times afterward.

12        Prior to the positive drug test submitted on March 14, he had been in compliance with all
13   other release conditions in the seven months he had been on pretrial release.  This includes
14   taking steps to clear up four outstanding failures to appear for traffic-related matters,
15   participating in two one-hour individual substance abuse counseling sessions per month, and
16   reporting for drug testing two times per month.

17        Given his overall compliance and his desire to remain drug free, the parties and the
18   Pretrial Officer agreed that Mr. Butler should be given a second opportunity to participate in the
19   WestCare Residential Program.  On April 8, a magistrate judge ordered that Mr. Butler
20   participate in the WestCare program and, upon completion, be subject to location monitoring and
21   home detention.  (Dkt. #58).  Mr. Butler successfully completed the residential program in early
22   July and has been set up with location monitoring.  He has had no further compliance issues
23   since that time.

24        After he returned home, magistrate judge granted a one-day modification of conditions
25   allowing him to be away from his residence on July 17, 2025, from 10:00 a.m. to 5:00 p.m., for
26   the purpose of transporting items from his mother's house to his new residence.  He complied
27   with the time limits set forth in the modification order.
28

1   Subsequently, a magistrate judge granted a second one-day modification of his pretrial
2   release conditions to allow him to be away from his home for four hours on the afternoon of
3   Saturday, August 30, to attend his stepson's first football game.  He complied with the time
4   limits set forth in the modification order.
5   Mr. Butler now seeks a modification to allow him to attend his stepson's football games
6   on Saturday afternoons until his self-surrender date.  Specifically, he asks that he be able to be
7   away from home:

- September 20, 2025, from 3:00 p.m. to 7:00 p.m.
- September 27, 2025, from 4:00 p.m. to 8:00 p.m.
- October 4, 2025, from 2:00 p.m. to 6:00 p.m.
- October 11, 2025, from 4:00 p.m. to 8:00 p.m.
- October 18, 2025, from 4:00 p.m. to 8:00 p.m.

With his self-surrender date approaching, Mr. Butler hopes to be present for his stepson while he is able to do so.  *Cf. United States v. Niemann,* Case No. 1:21-cr-000114-DCN, 2022 WL 1321169 (D. Idaho May 2, 2022) (granting defendant in pretrial custody temporary release to attend her grandmother's funeral because "participation in the familial function is important to the maintenance of the ties that will have a strong bearing on [the defendant's] long-term prospect for success").

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  September 19, 2025    */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2025    */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
SEAN PRESTON BUTLER

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Sean Preston Butler [Dkt. #18, as modified by Dkt. #51 and Dkt. #58] as follows:

1. The home detention condition is modified to allow you to be away from your home on the specified dates and times set forth below for the specific purpose of attending your stepson's middle-school football games. The home detention condition will resume in full force at the end of each time period. The specified dates and times are:

   - September 20, 2025, from 3:00 p.m. to 7:00 p.m.
   - September 27, 2025, from 4:00 p.m. to 8:00 p.m.
   - October 4, 2025, from 2:00 p.m. to 6:00 p.m.
   - October 11, 2025, from 4:00 p.m. to 8:00 p.m.
   - October 18, 2025, from 4:00 p.m. to 8:00 p.m.

2. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 19, 2025**            /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE